Mr. Justice Morrill delivered the opinion of the court.

---

Frank Pullano, administrator of the estate of Vincenzo Pullano, deceased, defendant in error, v. J. T. Saracino, trading as Central Auto Service, plaintiff in error. Gen. No. 26,288.

Action for wrongful death of plaintiff's decedent by being struck by defendant's automobile. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the

Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed October 4, 1921. Rehearing denied October 17, 1921.

Sinden, Hassell & Osusky, for plaintiff in error. Rolla R. Longenecker, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.